TODD BLANCHE
United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar Number 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Richard A. Deryck,<br><br>Plaintiffs,<br><br>v.<br><br>Markwayne Mullin, *et al.*<br><br>Defendants. | Case No. 2:26-cv-01553-APG-DJA<br><br>**Federal Defendants' UNOPPOSED Motion for Extension of Time to File a Response to Plaintiffs' Complaint (ECF No. 1)**<br><br>**FIRST REQUEST** |

Federal Defendants, by and through undersigned counsel, move this Court for a 30-day extension of time from August 10, 2026, up to and including **September 9, 2026**, in which to file a response to Plaintiffs' Complaint (ECF No. 1). Undersigned AUSA has several competing deadlines, and additional time is necessary to review Plaintiffs' file, to identify whether additional information is needed, to coordinate with the agency, and to complete a response.

On August 10, 2026, the parties conferred, and Plaintiff's counsel does not oppose a 30-day extension to September 9, 2026. This is Federal Defendants' first request for an extension of time to respond to Plaintiffs' Complaint. This request is made in good faith and not for the purpose of any undue delay.

**<u>Memorandum of Points and Authorities</u>**

On May 21, 2026, Plaintiff filed his complaint. ECF No. 1. On June 11, 2026, Federal Defendants received Plaintiff's summons and complaint via U.S. mail. Federal

Defendants' deadline to respond to the complaint is August 10, 2026. *See* Fed. R. Civ. P. 12(a)(2). Additional time is necessary for the Federal Defendants to prepare a response to the complaint because undersigned AUSA has several competing deadlines, and needs additional time to review Plaintiffs' file, to identify whether additional information is needed, to coordinate with the agency, and to complete a response.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned counsel is diligently in seeking information from the agency regarding the claims and allegations in Plaintiff's complaint. However, because of several other competing deadlines, undersigned AUSA will need more time to obtain and review the information available, to coordinate with agency counsel, and to complete a response to the complaint. Without such additional time, a proper response to the complaint cannot be filed. For these reasons, Federal Defendants respectfully request a 30-day extension from August 10, 2026, to **September 9, 2026**, to file a response to Plaintiffs' Complaint.

If this unopposed motion for an extension of time is granted, the new deadline to respond to Plaintiffs' Complaint will be **September 9, 2026**. Given Federal Defendants'

good faith, and Plaintiffs' lack of opposition, good cause exists for the 30-day extension. Federal Defendants, therefore, respectfully request that the Court grant this motion.

Respectfully submitted this 10th day of August 2026.

TODD BLANCHE
United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 8/12/2026