**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RICHARD A. DERYCK,
Plaintiff,
v.
MARKWAYNE MULLIN,
Defendant.

Case No. 2:26-cv-01553-APG-DJA

**Order**

Upon Defendants' appearance in the case, the undersigned set an early neutral evaluation for November 3, 2026. Docket No. 12. In the interim, Defendants have not responded to the complaint and no discovery plan has been filed. As such, it would appear that holding an early neutral evaluation as currently scheduled would not be fruitful. *See, e.g.*, Docket No. 12 at 3 (requiring that evaluation statements must certify that initial disclosures have been exchanged). Accordingly, the undersigned **VACATES** the early neutral evaluation. The undersigned may reset the early neutral evaluation in the future as the circumstances may warrant.

IT IS SO ORDERED.

Dated: October 7, 2026

Nancy J. Koppe
United States Magistrate Judge