**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RICHARD A. DERYCK,

Plaintiff,

v.

MARKWAYNE MULLIN,

Defendant.

Case No. 2:26-cv-01553-APG-DJA

**Order**

This case has been assigned to the early neutral evaluation program. Docket No. 3. Defendant filed a motion to dismiss arguing, *inter alia*, lack of subject matter jurisdiction. Docket No. 18. No later than October 20, 2026, the parties must file a joint statement as to whether holding a neutral evaluation would be a worthwhile endeavor or whether the case should be exempted from the early neutral evaluation program. *See* Local Rule 16-6(c).

IT IS SO ORDERED.

Dated: October 13, 2026

Nancy J. Koppe
United States Magistrate Judge