**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RICHARD A. DERYCK,
Plaintiff,
v.
MARKWAYNE MULLIN,
Defendant.

Case No. 2:26-cv-01553-APG-DJA

**Order**

Pending before the Court is a joint statement that holding an early neutral evaluation would not be a worthwhile endeavor while Defendant's motion to dismiss is pending. Docket No. 20. Accordingly, the Court defers setting an early neutral evaluation at this time. The Court may set an early neutral evaluation in the future as the circumstances may warrant.

IT IS SO ORDERED.

Dated: October 21, 2026

Nancy J. Koppe
United States Magistrate Judge