**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD A. DERYCK,<br><br>Plaintiff<br><br>v.<br><br>MARKWAYNE MULLIN,<br><br>Defendant | Case No.: 2:26-cv-01553-APG-DJA<br><br>**Order Denying Motion to Dismiss as Moot**<br><br>[ECF No. 18] |

In light of the first amended complaint (ECF No. 22),

I ORDER that the defendant's motion to dismiss **(ECF No. 18) is DENIED as moot** because it is directed at the original complaint.

DATED this 26th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE